UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON CONTENT SERVICES LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KISS LIBRARY, et al.,<br><br>Defendants. | CASE NO. C20-1048 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Plaintiffs are ordered to provide the Court with an update as to the status of litigation in this case. The response is due by no later than November 3, 2020.

The clerk is ordered to provide copies of this order to all counsel.

Filed October 27, 2020.

                                              William M. McCool
                                              Clerk of Court

MINUTE ORDER - 1

s/Paula McNabb
Deputy Clerk