UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON CONTENT SERVICES LLC, et al., | CASE NO. C20-1048 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| KISS LIBRARY, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has reviewed Plaintiffs' Status Report. (Dkt. No. 17.) Plaintiffs are ordered to provide the Court with an update as to the status of litigation in this case by no later than February 2, 2021.

\\

\\

\\

MINUTE ORDER - 1

The clerk is ordered to provide copies of this order to all counsel.

Filed November 4, 2020.

                           William M. McCool
                           Clerk of Court

                           s/Paula McNabb
                           Deputy Clerk

MINUTE ORDER - 2