UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON CONTENT SERVICES LLC, et al.,<br><br>             Plaintiffs,<br><br>   v.<br><br>KISS LIBRARY, RODION VYNNYCHENKO, ARTEM BESSHAPOCHNY, JACK BROWN, DOES 1-10,<br><br>             Defendants. | CASE NO. C20-1048 MJP<br><br>ORDER ON STATUS REPORT |

This matter comes before the Court on Plaintiffs' Status Report. (Dkt. No. 20.) Having reviewed the Report and docket, the Court ORDERS as follows:

1. Plaintiffs must file all available proof of service on Defendants within 14 days of entry of this Order;

2. Plaintiffs must file a response to Artem Bezshapochnyi's letter claiming that he has been misidentified as a defendant. (Dkt. No. 19.) Plaintiffs must explain whether they

ORDER ON STATUS REPORT - 1

      have properly identified and served Defendant Artem Besshapochny. This response is due within 14 days of entry of this Order; and

3. Plaintiffs shall have an additional 60 days from entry of this Order to complete and file proof of any additional service. Within 60 days of entry of this Order, Plaintiffs shall then file a status report describing the status of service and the litigation and propose a deadline by which the parties will file a joint status report.

The clerk is ordered to provide copies of this order to all counsel.

Dated February 8, 2021.

                                      Marsha J. Pechman
                                      United States District Judge