UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON CONTENT SERVICES LLC, a Delaware corporation, PENGUIN RANDOM HOUSE LLC, a Delaware corporation, LEE CHILD, SYLVIA DAY, JOHN GRISHAM, C.J. LYONS, DOUG PRESTON, JIM RASENBERGER, T.J. STILES, R.L. STINE, MONIQUE TRUONG, SCOTT TUROW, NICHOLAS WEINSTOCK, AND STUART WOODS,<br><br>Plaintiffs,<br><br>v.<br><br>KISS LIBRARY d/b/a KISSLY.NET, WTFFASTSPRING.BID, LIBLY.NET, and CHEAP-LIBRARY.COM, RODION VYNNYCHENKO, ARTEM BESSHAPOCHNY, JACK BROWN, and DOES 1-10,<br><br>Defendants. | NO. 2:20-cv-01048-MJP<br><br>SUPPLEMENTAL ARTEM KRYKUN-TRUSH DECLARATION REGARDING SERVICE OF DEFENDANT RODION VYNNYCHENKO |

I, Artem Krykun-Trush, declare as follows:

1. I am an Associate at DLA Piper ("DLA") in Kyiv, Ukraine, and am local representative for Davis Wright Tremaine LLP acting on behalf of Plaintiff Publishers Amazon Content Services LLC and Penguin Random House LLC, and Plaintiff Authors Lee Child, Sylvia Day, John Grisham, C.J. Lyons, Doug Preston, Jim Rasenberger, T.J. Stiles, R.L. Stine, Monique Truong, Scott Turow, Nicholas Weinstock, and Stuart Woods (collectively,

SUPP. KRYKUN-TRUSH DECLARATION
Page 1
(No. 2:20-cv-01048-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1. "Plaintiffs") in this matter. I make this declaration based on personal knowledge and records my firm keeps in the regular course of business, and I could testify competently to the same.

2. In Ukraine, service of process for overseas pleadings is conducted by official court hearing after the government identifies the party's residence and effects service of documents through the local courts. As part of the service, the Ministry of Justice of Ukraine, its territorial departments, and Ukrainian courts require original, signed copies of all documents. In light of the COVID-19 pandemic, postal service of court documents and all mail experienced significant delays.

3. In their Request for Service Abroad of Judicial Documents under the Hague Convention, Plaintiffs provided the following address for Defendant Rodion Vynnychenko, which was connected to his online activities, Individual Entrepreneur registration, and registrations for the Mirror Websites: 3 Milutenka Street, Apartment 1, Kyiv, Ukraine 02156.

4. On August 21, 2020, the Ministry of Justice of Ukraine received translated copies of the Complaint and Summons, the Motion, and TRO Order (the "Service Documents"), for process of service on Defendant Vynnychenko.

5. On September 9, 2020, the Ministry's clerk received the Service Documents after COVID-19 related delays, processed them, and forwarded them to the Ministry's territorial department in Kyiv.

6. On September 15, 2020, the Ministry's territorial department in Kyiv received the Service Documents, and on September 23, 2020, forwarded them for service to Desnyanskyi District Court of Kyiv.

7. On October 1, 2020, the Desnyanskyi District Court of Kyiv received the Service Papers. As part of that transfer, the Desnyanskyi District Court set a hearing for October 13, 2020, to confirm service.

8. On October 13, 2020, I attended the court hearing at the Desnyanskyi District Court to verify service on Defendant Vynnychenko. Neither Defendant Vynnychenko nor his counsel appeared, and the Court established that Defendant Vynnychenko had deregistered his

SUPP. KRYKUN-TRUSH DECLARATION
Page 2
(No. 2:20-cv-01048-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

previous address after Plaintiffs initiated this suit. As such, the Court found that it needed to request Defendant's new registered address from the State Migration Service of Ukraine in order to summon him again and reschedule the court hearing.

9. On November 4, 2020, I again attended a court hearing on Plaintiffs' behalf at the Desnyanskyi District Court, to verify service on Defendant Vynnychenko. Again, neither Defendant Vynnychenko nor his counsel appeared, and the State Migration Service of Ukraine informed the Court that Vynnychenko had not yet registered a new address. In light of this fact, the Court decided to return the Service Documents to the Ministry's territorial department in Kyiv.

10. On January 8, 2021, the Ministry's territorial department in Kyiv received the Service Documents from the Court, after a significant delay due to COVID-19 issues and the holiday season.

11. On January 15, 2021, the Ministry's territorial department in Kyiv established that Defendant Vynnychenko had registered a new address in Kropyvnytskyi, Kirovograd region—outside of Kyiv. The Ministry then forwarded the documents to the Eastern Interregional Department of Justice, the intermediate territorial department of the Ministry for Eastern regions of Ukraine.

12. On January 18, 2021, the Eastern Interregional Department of Justice received the Service Documents and on January 28, 2021, forwarded them to the Ministry's territorial department in Kirovograd Region.

13. On February 3, 2021, the Ministry's territorial department in Kirovograd Region received the Service Documents and forwarded them for service to the Kirovskyi District Court of Kirovohrad the same day.

14. As part of that transfer, the Kirovskyi District Court of Kirovohrad set a hearing for March 4, 2021, at 11:10 a.m., for the purpose of confirming service on Defendant Vynnychenko.

SUPP. KRYKUN-TRUSH DECLARATION
Page 3
(No. 2:20-cv-01048-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

15. On March 4, 2021, I attended the court hearing at the Kirovskyi District Court of Kirovohrad to verify service on Defendant Vynnychenko. Again, neither Defendant Vynnychenko nor his counsel appeared. At the hearing, however, the Honorable L.D. Kulinka (1) informed me that Defendant Vynnychenko had not been served or received notice of the hearing due to the temporary lack of funding for the court from the State Judicial Administration, (2) confirmed the funding issue should be resolved shortly, at which time the district court will effect service and summon Defendant Vynnychenko, and (3) set a new hearing for confirmation of service on April 14, 2021 at 2:00 p.m.

16. The Kirovskyi District Court of Kirovohrad's official Ukrainian-language announcement regarding the funding shortage is available at https://kr.kr.court.gov.ua/sud1109/pres-centr/news/1080641/.

17. Despite our requests to the Court, a transcript of the March 4, 2021 hearing was not provided. However, the Clerk of the Kirovskyi District Court of Kirovohrad did respond to our request with a letter outlining the funding issues that precluded effecting and confirming service on Defendant Vynnychenko. Attached as **Exhibit A** is a true and correct copy of the Clerk's March 19, 2021 letter, as well as a certified English translation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Kyiv, Ukraine, this 8 day of April, 2021.

By: _____
Artem Krykun-Trush

SUPP. KRYKUN-TRUSH DECLARATION
Page 4
(No. 2:20-cv-01048-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax