UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON CONTENT SERVICES LLC, et al., | CASE NO. C20-1048 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| KISS LIBRARY, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has reviewed Plaintiffs' Status Report. (Dkt. No. 25.) Plaintiffs shall have until June 4, 2021 to complete and file proof of additional service and file a status report describing the status of service and the litigation and propose a deadline by which the parties will file a joint status report.

\\

\\

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed April 28, 2021.

<pre>
                                    William M. McCool
                                    Clerk of Court

                                     s/Paula McNabb
                                    Deputy Clerk
</pre>