UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| AMAZON CONTENT SERVICES LLC, et al., | CASE NO. C20-1048 MJP |
|---|---|
| Plaintiffs, | MINUTE ORDER |
| v. | |
| KISS LIBRARY, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has reviewed Plaintiffs' Status Report (Dkt. No. 28) and supporting declaration (Dkt. No. 29) and ORDER as follows:

(1) Plaintiffs are granted an additional sixty days from entry of this Minute Order to effectuate service on Defendant Vynnychenko and to provide a proposed deadline for filing a joint status report; and

MINUTE ORDER - 1

(2) Within sixty days of entry of this Minute Order, Plaintiffs shall file a status report describing the status of service, including proof of service, and to propose a deadline by which the parties will file a joint status report.

The clerk is ordered to provide copies of this order to all counsel.

Filed June 8, 2021.

William M. McCool  
Clerk of Court

s/Paula McNabb  
Deputy Clerk