The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON CONTENT SERVICES LLC, a Delaware corporation, PENGUIN RANDOM HOUSE LLC, a Delaware corporation, LEE CHILD, SYLVIA DAY, JOHN GRISHAM, C.J. LYONS, DOUG PRESTON, JIM RASENBERGER, T.J. STILES, R.L. STINE, MONIQUE TRUONG, SCOTT TUROW, NICHOLAS WEINSTOCK, AND STUART WOODS,<br><br>Plaintiffs,<br><br>v.<br><br>KISS LIBRARY d/b/a KISSLY.NET, WTFFASTSPRING.BID, LIBLY.NET, and CHEAP-LIBRARY.COM, RODION VYNNYCHENKO, ARTEM BESSHAPOCHNY, JACK BROWN, and DOES 1-10,<br><br>Defendants. | NO. 2:20-cv-01048 MJP<br><br>PLAINTIFFS' UPDATE REGARDING DEFENDANT VYNNYCHENKO PROOF OF SERVICE AND STATUS REPORT |

Pursuant to the Court's June 8, 2021 Order (Dkt. 30), setting an August 9, 2021 deadline to complete service on Defendant Rodion Vynnychenko and to provide a status report, Plaintiffs provide the Court with this update.

As previously detailed, Defendant Rodion Vynnychenko intentionally caused delays and evaded service by deregistering his official address in Ukraine after Plaintiffs filed this suit, *see* Dkt. 25 ("April Update") at 2-3, and by providing a false address to the Ukrainian government, *see* Dkt. 28 ("June Update") at 1-3. Plaintiffs ultimately engaged a Ukrainian

PLAINTIFFS' AUGUST UPDATE (No. 2:20-cv-01048)
Page 1

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

private investigator to uncover Defendant Vynnychenko's true address and forwarded that information to the Ukrainian Ministry of Justice. *See* Dkt. 29 ¶¶ 4-6.

The Ukrainian government then twice attempted to serve Defendant Vynnychenko at his true address, but he refused to receive the court summons. *See* Fourth Declaration of Artem Krykun-Trush ¶ 4. At a hearing held on June 11, 2021, at 10:00 a.m., which Defendant Vynnychenko again failed to attend, the Holosiivskyi District Court of Kyiv held that he had been properly served under Ukrainian law and confirmed service. *See id.* ¶¶ 4-5 & Ex. A (citing Ukr. Civ. P. Code, Art. 128, Part 8, Cl. 3). Accordingly, Plaintiffs have now properly effected and confirmed service on Defendant Vynnychenko, *id.*, as well as all other named defendants. *See* Dkt. 22 at 2 (confirming service on Defendants Kiss Library, Artem Besshapochny, and Jack Brown). *See also Whatsapp Inc. v. NSO Grp. Techs. Ltd.*, 2020 WL 1849707, at *3 n.1 (N.D. Cal. 2020) (certificate of service issued by foreign government under Hague Convention "is the means by the which a plaintiff proves service" under the Federal Rules of Civil Procedure).

As to the Court's request for a litigation update and deadline by which the parties will file a joint status report, Plaintiffs note that all Defendants have failed to appear despite confirmation of proper service. Based on those failures, Plaintiffs remain unable to submit a joint status report to the Court at this time. Following the expiration of Defendant Vynnychenko's time to respond on September 9, 2021, *see* Fed. R. Civ. P 12(a)(1)(A)(ii), Plaintiffs intend to move for entry of default and default judgment against Defendants Kiss Library, Artem Besshapochny, and Rodion Vynnychenko. By that time, Plaintiffs expect to have completed additional discovery and will either amend their Complaint to name any additional defendants or will proceed to seek final judgment as noted above and voluntarily dismiss as to any remaining defendants.

//

//

//

PLAINTIFFS' AUGUST UPDATE (No. 2:20-cv-01048)
Page 2

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

DATED this 9th day of August, 2021.

DAVIS WRIGHT TREMAINE LLP

By *s/ John A. Goldmark*
John A. Goldmark, WSBA #40980
Caesar Kalinowski IV, WSBA #52650
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-622-3150
Email: JohnGoldmark@dwt.com
　　　　CaesarKalinowski@dwt.com

Elizabeth A. McNamara (*pro hac vice*)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Telephone: 212-489-8230
Email: LizMcNamara@dwt.com

*Attorneys for Amazon Content Services LLC, Penguin Random House LLC, Lee Child, Sylvia Day, John Grisham, C.J. Lyons, Doug Preston, Jim Rasenberger, T.J. Stiles, R.L. Stine, Monique Truong, Scott Turow, Nicholas Weinstock, and Stuart Woods*

PLAINTIFFS' AUGUST UPDATE (No. 2:20-cv-01048)
Page 3

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax