UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON CONTENT SERVICES LLC, et al., <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>KISS LIBRARY, et al., <br><br>　　　　　Defendants. | CASE NO. C20-1048 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has reviewed Plaintiffs' Status Report (Dkt. No. 31) and Orders the Parties to file a Joint Status Report by no later than September 16, 2021 or, if appropriate, for Plaintiffs to move for default by no later than September 16, 2021.

The clerk is ordered to provide copies of this order to all counsel.

Filed August 11, 2021.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Ravi Subramanian
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER - 2