UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON CONTENT SERVICES LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KISS LIBRARY, et al., <br><br> Defendants. | CASE NO. C20-1048 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court raises this matter sua sponte after reviewing the record. The Court recently granted Plaintiffs' Motion for Default against 3 of the 4 named defendants. (Dkt. No. 35.) The Order on Default did not apply to Defendant Jack Brown. Plaintiffs claim to have served a copy of their complaint and summons on Brown (see, e.g., Dkt. No. 22), but they have not either moved for default against Brown or submitted a joint status report with Brown as required by Fed. R. Civ. P. 26(f). Plaintiffs and Brown are therefore ORDERED to file a joint status report as

MINUTE ORDER - 1

required by Fed. R. Civ. P. 26(f) or, if appropriate, Plaintiffs must move for default against Brown by no later than October 8, 2021. Failure to comply with this Order may result in dismissal of Plaintiffs' claims against Brown for failure to prosecute under Fed. R. Civ. P. 41(b).

The clerk is ordered to provide copies of this order to all counsel.

Filed September 28, 2021.

Ravi Subramanian
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER - 2