UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON CONTENT SERVICES LLC, et al., | CASE NO. C20-1048 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| KISS LIBRARY, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court raises this matter <u>sua sponte</u> after reviewing the record. The Court has granted Plaintiffs' Motion for Default against 3 of the 4 named defendants. (Dkt. No. 35.) Plaintiffs recently voluntarily dismissed their claims against the last remaining defendant. (Dkt. No. 37.) But Plaintiffs have not moved for default judgment against the remaining defendants or filed a joint status report. The Court therefore ORDERS Plaintiffs to file a joint status report as required by Fed. R. Civ. P. 26(f) or, if appropriate, move for default judgment against the remaining

MINUTE ORDER - 1

1  defendants by no later than November 8, 2021. Failure to comply with this Order may result in

2  dismissal of Plaintiffs' claims for failure to prosecute under Fed. R. Civ. P. 41(b).

3      The clerk is ordered to provide copies of this order to all counsel.

4      Filed October 25, 2021.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 2