1
2
3
4
5
6           UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
7                    AT SEATTLE

8

9   AMAZON CONTENT SERVICES LLC, a
    Delaware corporation, PENGUIN RANDOM          NO. 2:20-cv-01048-MJP
10  HOUSE LLC, a Delaware corporation, LEE
    CHILD, SYLVIA DAY, JOHN GRISHAM, C.J.         JOHN GOLDMARK DECLARATION
    LYONS, DOUG PRESTON, JIM                      IN SUPPORT OF MOTION FOR
11  RASENBERGER, T.J. STILES, R.L. STINE,         DEFAULT JUDGMENT
    MONIQUE TRUONG, SCOTT TUROW,
12  NICHOLAS WEINSTOCK, AND STUART
    WOODS,
13
                    Plaintiffs,
14
        v.
15
    KISS LIBRARY d/b/a KISSLY.NET,
16  WTFFASTSPRING.BID, LIBLY.NET, and
    CHEAP-LIBRARY.COM, RODION
17  VYNNYCHENKO, ARTEM
    BESSHAPOCHNY, and DOES 1-10,
18
                    Defendants.
19

20

21          I, John A. Goldmark, declares as follows:

22          1.      I am a partner at Davis Wright Tremaine LLP ("DWT") and am counsel for

23  Plaintiff Publishers Amazon Content Services LLC ("Amazon") and Penguin Random House

24  LLC ("PRH"), and Plaintiff Authors Lee Child, Sylvia Day, John Grisham, C.J. Lyons, Doug

25  Preston, Jim Rasenberger, T.J. Stiles, R.L. Stine, Monique Truong, Scott Turow, Nicholas

26  Weinstock, and Stuart Woods (collectively, "Plaintiffs") in this matter.  I make this declaration

27

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

based on personal knowledge, publicly-available databases and information, and records my firm keeps in the regular course of business, and I could testify competently to the same.

**Defendants Infringed Fifty-Two of Plaintiffs' Protected Works**

2.     Through a ring of related websites, Defendants Kiss Library, Rodion Vynnychenko, and Artem Besshapochny repeatedly copied, displayed, and/or distributed Plaintiffs' copyright-protected works without authorization.  As alleged in the Complaint, Plaintiffs initially identified the following seventeen example registered works that Defendants infringed, *see* Compl. ¶ 41(a)-(q) & Ex. D:

  i. *A Dark Mind*, authored by T. R. Ragan in 2013 with exclusive ebook distribution rights held by Amazon, registered with the United States Copyright Office under Registration Number TX0007728631 in 2013, and sold by Defendants without license at https://kissly.net/book/77131c36d643ec519ca7;

  ii. *Abducted*, authored by T. R. Ragan in 2012 with exclusive ebook distribution rights held by Amazon, registered with the United States Copyright Office under Registration Number TX0007670441 in 2013, and sold by Defendants without license at https://kissly.net/book/26496177a96ffafedb29;

  iii. *Afterburn*, authored by plaintiff Sylvia Day in 2013, registered with the United States Copyright Office under Registration Number TX0008280509 in 2016, and sold by Defendants without license at https://kissly.net/book/884ea6a173f6ef1e51cb;

  iv. *As Long As She Needs Me: A Novel*, authored by plaintiff Nicholas Weinstock in 2000, registered with the United States Copyright Office under Registration Number TX0005380194 in 2001, and sold by Defendants without license at https://libly.net/book/0310008cf18e86efaa748a959b1bee70;

  v. *Blood on the Tracks*, authored by Barbara Nickless in 2016 with exclusive ebook distribution rights held by Amazon, registered with the United States Copyright Office under Registration Number TX0008334746 in 2016, and sold

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

by Defendants without license at

https://libly.net/book/ff78f1ab2e22252213b63f663c1ce35c;

vi. *Fight Dirty*, authored by plaintiff C.J. Lyons in 2014, registered with the United States Copyright Office under Registration Number TX0008076233 in 2015, and sold by Defendants without license at

https://kissly.net/book/70924dc73c193608db30;

vii. *Jesse James: Last Rebel of the Civil War*, authored by plaintiff T.J. Stiles in 2002, registered with the United States Copyright Office under Registration Number TX0005703845 in 2003, and sold by Defendants without license at

https://cheap-library.com/book/45a5e2748d39bf66d745ec5d524a327c;

viii. *My Sister's Grave*, authored by Robert Dugoni in 2014 with exclusive ebook distribution rights held by Amazon, registered with the United States Copyright Office under Registration Number TX0008009209 in 2015, and sold by Defendants without license at https://kissly.net/book/f20671f38204d4377d3a;

ix. *Persuader*, authored by plaintiff Lee Child in 2002, registered with the United States Copyright Office under Registration Number TX0006919613 in 2008, and sold by Defendants without license at

https://libly.net/book/269e66ebcd734ca6b01fac34637c8404;

x. *Red Rain: A Novel*, authored by plaintiff R.L. Stine in 2012, registered with the United States Copyright Office under Registration Number TX0007603027 in 2012, and sold by Defendants without license at

https://kissly.net/book/9f40292160d1e5ec973a;

xi. *Short Straw*, authored by plaintiff Stuart Woods in 2006, registered with the United States Copyright Office under Registration Number TX0006465649 in

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

2006, and sold by Defendants without license at

https://libly.net/book/004468203eb63a73ef7d0a9b7b51c921;

xii. *The Book of Salt*, authored by plaintiff Monique Truong in 2003, registered with the United States Copyright Office under Registration Number TX0005745355 in 2003, and sold by Defendants without license at

https://libly.net/book/fcc7849251aa267dabe39d8c213d426c;

xiii. *The Brilliant Disaster: JFK, Castro, and America's Doomed Invasion of Cuba's Bay of Pigs*, authored by plaintiff Jim Rasenberger in 2011, registered with the United States Copyright Office under Registration Number TX0007373794 in 2011, and sold by Defendants without license at

https://kissly.net/book/926424dfcc894f32e522;

xiv. *The Burden of Proof*, authored by plaintiff Scott Turow in 1990, registered with the United States Copyright Office under Registration Number TX0002844794 in 1990, and sold by Defendants without license at

https://libly.net/book/1f956ace7c3a059de2806d64f5b697ff;

xv. *The Litigators*, authored by plaintiff John Grisham in 2011, registered with the United States Copyright Office under Registration Number TX0007494080 in 2012, and sold by Defendants without license at

https://kissly.net/book/f5c9eb68224569c4a5e6;

xvi. *Tyrannosaur Canyon*, authored by plaintiff Doug Preston in 2004, registered with the United States Copyright Office under Registration Number TX0006206315 in 2005, and sold by Defendants without license at

https://libly.net/book/9f4390dc6a171679e50029d5727b7e23; and

xvii. *You Are Not Small*, authored by Anna Kang and illustrated by Christopher Weyant in 2014 with exclusive ebook distribution rights held by Amazon, registered with the United States Copyright Office under Registration Numbers

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

TX0007970793 and TX0007970795 in 2015, and sold by Defendants without license at https://kissly.net/book/29cfeb176b308057ad2c.

**3.** In addition to the above example works, Plaintiffs' continued investigation uncovered another thirty-five additional registered works by the Plaintiff Authors that Defendants copied, displayed, and/or distributed without authorization:

    i. *Custer's Trials: A Life on the Frontier of a New America*, authored by plaintiff T.J. Stiles in 2015, registered with the United States Copyright Office under Registration Number TX0008229466 in 2016, and sold by Defendants without license at https://kissly.net/book/8bcdb4ce9f29c4998958;

    ii. *The First Tycoon: The Epic Life of Cornelius Vanderbilt*, authored by plaintiff T.J. Stiles in 2008, registered with the United States Copyright Office under Registration Number TX0006942463 in 2009, and sold by Defendants without license at https://libly.net/book/c6dd6b742bd226f9ba846ee650b717b6;

    iii. *Hollow Bones*, authored by plaintiff C.J. Lyons in 2013, registered with the United States Copyright Office under Registration Number TX0007754956 in 2013, and sold by Defendants without license at https://kissly.net/book/07bebedbdb1e57e27ee1;

    iv. *Lucidity*, authored by plaintiff C.J. Lyons in 2010, registered with the United States Copyright Office under Registration Number TX0007610805 in 2012, and sold by Defendants without license at https://kissly.net/book/46c2536b25b21ce82bc2;

    v. *One L: The Turbulent True Story of a First Year at Harvard Law School*, authored by plaintiff Scott Turow in 1988, registered with the United States Copyright Office under Registration Number TX0002573137 in 1989, and sold by Defendants without license at https://kissly.net/book/a9ec2cb93926ec1ee42a;

    vi. *Carnal Curiosity*, authored by plaintiff Scott Turow in 2013, registered with the United States Copyright Office under Registration Number TX0007909225 in

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

2014, and sold by Defendants without license at

https://kissly.net/book/8692da620e5f04e97a95;

vii. *Chiefs: A Novel*, authored by plaintiff Stuart Woods in 1981, registered with the United States Copyright Office under Registration Number TX0000719822 in 1981, and sold by Defendants without license at

https://kissly.net/book/34479515ed7424ce30d3;

viii. *Collateral Damage*, authored by plaintiff Stuart Woods in 2013, registered with the United States Copyright Office under Registration Number TX0007684917 in 2013, and sold by Defendants without license at

https://kissly.net/book/06655aa180290487631a;

ix. *Cut and Thrust*, authored by plaintiff Stuart Woods in 2013, registered with the United States Copyright Office under Registration Number TX0007943843 in 2014, and sold by Defendants without license at

https://kissly.net/book/2c24ee7e2e3a4dbee83d;

x. *D.C. Dead*, authored by plaintiff Stuart Woods in 2011, registered with the United States Copyright Office under Registration Number TX0007478430 in 2012, and sold by Defendants without license at

https://kissly.net/book/69d391391cd26b1ed496;

xi. *Foreign Affairs*, authored by plaintiff Stuart Woods in 2015, registered with the United States Copyright Office under Registration Number TX0008233410 in 2015, and sold by Defendants without license at

https://kissly.net/book/46597dc15d2b28ef46fd;

xii. *Hothouse Orchid*, authored by plaintiff Stuart Woods in 2009, registered with the United States Copyright Office under Registration Number TX0007056077 in 2009, and sold by Defendants without license at

https://kissly.net/book/ebccc5f7b4cad2e1f6fc;

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

xiii.  *Insatiable Appetites*, authored by plaintiff Stuart Woods in 2014, registered with the United States Copyright Office under Registration Number copyright number TX0008027684 in 2015, and sold by Defendants without license at https://kissly.net/book/86bacbfc73fd0957cb86;

xiv.  *Iron Orchid*, authored by plaintiff Stuart Woods in 2005, registered with the United States Copyright Office under Registration Number TX0006295537 in 2005, and sold by Defendants without license at https://kissly.net/book/3d2a5992471bca95ec5c;

xv.  *Orchid Beach*, authored by plaintiff Stuart Woods in 1998, registered with the United States Copyright Office under Registration Number TX0004894963 in 1998, and sold by Defendants without license at https://kissly.net/book/aa446746eaba735031e3;

xvi.  *Orchid Blues*, authored by plaintiff Stuart Woods in 2001, registered with the United States Copyright Office under Registration Number TX0005465649 in 2001, and sold by Defendants without license at https://kissly.net/book/3d36076655adf8b8485f;

xvii.  *Palindrome*, authored by plaintiff Stuart Woods in 1990, registered with the United States Copyright Office under Registration Number TX0003038167 in 1991, and sold by Defendants without license at https://kissly.net/book/19d38436b95e03f1f080;

xviii.  *Santa Fe Dead*, authored by plaintiff Stuart Woods in 2007, registered with the United States Copyright Office under Registration Number TX0007172693 in 2008, and sold by Defendants without license at https://kissly.net/book/1e57255b6d54338912ac;

xix.  *Santa Fe Edge*, authored by plaintiff Stuart Woods in 2010, registered with the United States Copyright Office under Registration Number TX0007328233 in

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

2010, and sold by Defendants without license at https://kissly.net/book/ce9cb274cd97a55992a5;

xx.  *Santa Fe Rules*, authored by plaintiff Stuart Woods in 1991, registered with the United States Copyright Office under Registration Number TX0003367425 in 1992, and sold by Defendants without license at https://kissly.net/book/aaaf87de7b33f24638a9;

xxi.  *Shoot Him If He Runs*, authored by plaintiff Stuart Woods in 2006, registered with the United States Copyright Office under Registration Number TX0006903331 in 2008, and sold by Defendants without license at https://kissly.net/book/332b988109a79c77c271;

xxii.  *Two Dollar Bill*, authored by plaintiff Stuart Woods in 2004, registered with the United States Copyright Office under Registration Number TX0006164181 in 2005, and sold by Defendants without license at https://kissly.net/book/533cfcd05435786780ec;

xxiii.  *Unintended Consequences*, authored by plaintiff Stuart Woods in 2012, registered with the United States Copyright Office under Registration Number TX0007739500 in 2013, and sold by Defendants without license at https://kissly.net/book/a531a091712594d217f7;

xxiv.  *Unnatural Acts*, authored by plaintiff Stuart Woods in 2011, registered with the United States Copyright Office under Registration Number TX0007529029 in 2012, and sold by Defendants without license at https://kissly.net/book/8692da620e5f04e97a95;

xxv.  *Swimming to Catalina*, authored by plaintiff Stuart Woods in 1997, registered with the United States Copyright Office under Registration Number copyright number TX0004751854 in 1998, and sold by Defendants without license at https://kissly.net/book/332b988109a79c77c271;

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

xxvi. *Dead Eyes*, authored by plaintiff Stuart Woods in 1994, registered with the United States Copyright Office under Registration Number TX0003864784 in 1994, and sold by Defendants without license at https://kissly.net/book/3722b74525b7003b4dd4;

xxvii. *Dead in the Water: A Novel*, authored by plaintiff Stuart Woods in 1997, registered with the United States Copyright Office under Registration Number TX0004579095 in 1997, and sold by Defendants without license at https://kissly.net/book/1c0d6044681ec5e13fb3;

xxviii. *Bitter in the Mouth*, authored by plaintiff Monique Truong in 2010, registered with the United States Copyright Office under Registration Number TX0007299541 in 2010, and sold by Defendants without license at https://kissly.net/book/3a276d21e60ef10db122;

xxix. *Gray Mountain: A Novel*, authored by plaintiff John Grisham in 2014, registered with the United States Copyright Office under Registration Number TX0007964170 in 2015, and sold by Defendants without license at https://kissly.net/book/2bfd6bfabb170436eb91;

xxx. *Rogue Lawyer*, authored by plaintiff John Grisham in 2015, registered with the United States Copyright Office under Registration Number TX0008229453 in 2016, and sold by Defendants without license at https://kissly.net/book/b7d38fd29b1ac7ac69ac;

xxxi. *Sycamore Row*, authored by plaintiff John Grisham in 2012, registered with the United States Copyright Office under Registration Number TX0007791381 in 2013), and sold by Defendants without license at https://kissly.net/book/3097a68b013581243a1e;

xxxii. *Theodore Boone: The Abduction*, authored by plaintiff John Grisham in 2010, registered with the United States Copyright Office under Registration Number

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1    TX0007413142 in 2011, and sold by Defendants without license at

2    https://kissly.net/book/88b594378597563b28a0;

3    xxxiii.   *Theodore Boone: The Accused*, authored by plaintiff John Grisham in 2011,

4              registered with the United States Copyright Office under Registration Number

5              TX0007558149 in 2012, and sold by Defendants without license at

6              https://kissly.net/book/b347872e0bc1aa74f35d;

7    xxxiv.    *Theodore Boone: The Fugitive*, authored by plaintiff John Grisham in 2014,

8              registered with the United States Copyright Office under Registration Number

9              TX0008293865 in 2016, and sold by Defendants without license at

10             https://kissly.net/book/39af6434fb6f33e63321; and

11   xxxv.     *Jennie*, authored by plaintiff Doug Preston in 1994, registered with the United

12             States Copyright Office under Registration Number TX0003921292 in 1994,

13             and sold by Defendants without license at

14             https://kissly.net/book/e1e20503bf4387ab2902.

15       4.    Attached as <u>Exhibit A</u> is a true and correct summary of Plaintiffs' fifty-two

16   registered works infringed by Defendants, consisting of the seventeen example works identified

17   in the Complaint plus the thirty-five additional works uncovered in continued investigation.

18                    **Defendants Engaged in Deception and Spoliation**

19       5.    Plaintiffs' investigation revealed that Defendants employed multiple fake names

20   and addresses in operating their ring of websites, including by obscuring the actual registrant(s)

21   and website operator(s) of those sites.  *See* Compl. ¶ 38 ("[T]he contact information provided

22   by Defendants on their websites are intentionally misleading and false, intended to obscure

23   their true identities, contact information, and activities.").  In addition to the fake information

24   detailed in the Complaint, *see id.* ¶ 38(a)-(d), Plaintiffs' investigation uncovered further

25   examples of Defendants' use of false and deceptive contact information, particularly in

26   registering the various website domains they used to operate their piracy scheme.

27

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

6. Beginning with the original kisslibrary.com, Defendants provided false addresses in registering the website. For example, Defendant Vynnychenko listed **Milutenka 3, Apt. 1, Kiev, Ukraine 02156** as his address in registering kisslibary.com. *See* Dkt. 24 Ex. D at 38-39. But Vynnychenko could not be found there for contact or service, and notably, he immediately deregistered that address when Plaintiffs attempted service for this suit, and registered a different (also false) address with the Ukrainian government. *See* Dkt. 25 at 2-3; Dkt. 26 ¶ 8. Ultimately, after hiring private investigators in Ukraine, Plaintiffs confirmed that both prior addresses provided by Vynnychenko were inaccurate (finding no evidence he ever resided at either address), and finally uncovered his true address: 13 Demiivska Str., Apartment 83, Kyiv, Ukraine 03039. *See* Dkt. 29 ¶¶ 2-5; Dkt. 31 at 1-2. Similarly, while Defendant Besshapochny transferred kisslibrary.com's registration to his control at a Kiev address in October 2017 using the redoxyzo@gmail.com account, he then used his xpdf.bid-related email address to re-register kisslibrary.com's website in April 2018 at a non-existent *Kentucky address* with a *New York zip code*: **2772 50th Street, Edmonton, KY 12772**. *See* Dkt. 24 Ex. D at 39-41.

7. In addition to the initial kisslibrary.com sites, nonparty productions by domain registrars and service providers show that Defendants continued their pattern and practice of using fake information with other sites connected to and supporting their scheme. For example, Defendant Vynnychenko registered the bookpdfs.com domain under the false Milutenko address in February 2017. And when Defendants reregistered that domain in December 2017 using their redoxyzo@gmail.com email address, they fraudulently listed the registrant as "Charles J. Philbrook" at a non-existent address: **2129 Bolman Court, Springfield, IL 62707**. A true and correct copy of those public domain registrations is attached as Exhibit B. Additionally, Defendant Besshapochny provided a non-existent address, **Ahmatovoi 12, Kyiv, Ukraine 02156**, when registering the xpdf.com domain used to service the kisslibrary.com domain. A true and correct copy of business records showing user information for

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Besshapochny's xpdf.com registration produced by domain registrar and nonparty NameCheap Inc. is attached as Exhibit C.

8. After filing their Complaint, which identified multiple websites distributing Plaintiffs' works or redirecting users to those infringing sites, *see* Compl. ¶ 38(a)-(d) (kisslibrary.com, kisslibrary.net, kissly.net, libly.net, cheap-library.com, wtffastspring.bid, kisslibraryemails.com); Dkt. 4 ¶ 9, Plaintiffs obtained records related to those websites through expedited discovery authorized by the Court. *See* Dkt. 10 at 7. Beyond the routine use of deceptive contact information, Plaintiffs' investigation and nonparty discovery uncovered evidence that Defendants had requested that their service providers delete records relating to Defendants in the days after Plaintiffs filed their suit. For example, shortly after this suit was filed, Defendants attempted to delete all financial records from their payment processor, FastSpring. As shown by FastSpring's business record and log of communications for the serviced websites, Defendants "request[ed] immediate erasure of personal data concerning me according to Article 17 GDPR," as well as the removal of their "merchant account and eras[ure of] all personal data concerning me" following the filing of Plaintiffs' July 2020 lawsuit. A true and correct copy of FastSpring's business record produced in discovery is attached as Exhibit D (also showing notice of "piracy complaints from authors" by FastSpring to Defendants in September 2019).

9. Shortly after the Complaint was filed in July 2020, Defendants also sent multiple requests through different service emails to Cloudflare, a nonparty website service provider, attempting to delete and purge Cloudflare's business records related to Defendants' websites. These requests appear as a "ZONE_DELETE" or "ZONE_PURGE" event request in Cloudflare's log file. A true and correct copy of Cloudflare's business record for user 15257449 (dmitriy.chernyay@gmail.com) attempting to delete information related to Defendants' websites (libly.net, 2pdfs.com) is attached as Exhibit E. A true and correct copy of Cloudflare's business record for user 4550270 (redoxyzo@gmail.com) attempting to delete information related to fourteen of Defendants' websites is attached as Exhibit F. A true and

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

correct copy of Cloudflare's business record for user 9163573 (robert.teifeld@gmail.com) attempting to delete information related to six of Defendants' websites is attached as <u>Exhibit G</u>. A true and correct copy of Cloudflare's business record for user 4258144 (sofleadecen1987@mail.ru) attempting to delete information related to kissly.net is attached as <u>Exhibit H</u>.

10.     Although unsuccessful as to some third-party service providers, Defendants were able to delete and spoliate evidence regarding their primary email addresses that serviced the Kiss Library scheme: redoxyzo@gmail.com, ikmytz@gmail.com, and roddiku@gmail.com. A true and correct copy of Google's correspondence confirming that Defendants had "deleted and purged" these accounts is attached as <u>Exhibit I</u>.  Additionally, domain registrar Zoho Corporation confirmed that Defendants successfully deleted their records possessed by that registrar and related to the Kiss Library websites on July 9, 2020—just two days after Plaintiffs filed their complaint.  A true and correct copy of Zoho Corporation's correspondence confirming the deletion of data and associated dates involving kisslibrary.com, kisslibraryemails.com, kisslibrary.net, kissly.net, libly.net, cheap-library.com, and other associated websites is attached as <u>Exhibit J</u>.

### **<u>Defendants Operated a Ring of Sites in Connection with the Piracy Scheme</u>**

11.     Through Court-authorized expedited discovery, Plaintiffs investigated and uncovered additional obfuscated websites related to Defendants' scheme.  As a result, Plaintiffs enjoined those additional sites in accordance with the Court's Temporary Restraining Order. *See* Dkt. 12 ¶ 6 (identifying additional enjoined sites connected to the scheme, including books.coffee, getebooks.net, booksgreatchoice.com, maximumbook.org, bsebooks.com, bookspc.com, crucialbooks.com, osebooks.com, wordered.com, thekissly.net, kisslibraryemails.net, quabook.com, luckybooks.online).  By way of example, nonparty discovery revealed Defendants' operation of luckybooks.online, another piracy site involved in the scheme that distributed unauthorized copies of Plaintiffs' works.  A true and correct copy of a screenshot of some of Plaintiff Grisham's works appearing on the luckybooks.online website

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1    in August 2020 is attached as <u>Exhibit K</u>.  Following entry of the Court's August 27, 2020

2    Preliminary Injunction Order, *see* Dkt. 15, Plaintiffs further uncovered and investigated other

3    websites connected to Defendants' copyright piracy schemes, including kissanime.com,

4    torrentsmoviesfree.com, kissanime.ru, kissmanga.com, bookpdfs.com, xpdf.bid, and

5    2pdfs.com.

6        12.    After continued nonparty discovery, Plaintiffs uncovered additional websites

7    connected to Defendants' scheme that displayed and offered unauthorized copies of Plaintiffs'

8    works for sale.  Migrating away from the Kiss Library style and associated monikers,

9    Defendants engaged in a similar and continuing scheme under the SmashBook moniker.

10   *Compare* https://web.archive.org/web/20171020201154/http:/luckybooks.online/about

11   (luckybooks.online in 2017 as a Kiss Library mirror), *with*

12   https://web.archive.org/web/20200512130417/https://luckybooks.online/dmca

13   (luckybooks.online in 2020 as a SmashBook mirror).  Those associated SmashBook sites,

14   which Plaintiffs have now enjoined or attempted to enjoin through the Court's Order, included

15   smashbook.site, cybook.club, oregano.pro, dexcom.pro, lumeo.pro, keyhunter.pro,

16   zenlibrary.top, and lumintu.club.  Plaintiffs' investigation revealed that these SmashBook sites,

17   like the earlier enjoined Kissly sites, were displaying and offering for sale unauthorized copies

18   of Plaintiffs' works.  By way of example, a true and correct copy of a screenshot of some of

19   Plaintiff Grisham's works appearing on the oregano.pro SmashBook website in October 2021

20   is attached as <u>Exhibit L</u>.

21       13.    Throughout the course of this scheme, Plaintiffs have uncovered the following

22   email addresses that have operated or serviced Defendants' websites or third party services in

23   support of those sites: roddiku@gmail.com, sofleadecen1987@mail.ru, kmytz@yandex.ru,

24   redoxyzo@gmail.com, jjpetruninas@gmail.com, robert.teifeld@gmail.com,

25   ikmytz@gmail.com, hellodorld@protonmail.com, nyakambinnickson@gmail.com,

26   ravawebsite@gmail.com, tema@xpdf.bid, hgurm80@gmail.com, besshapochnyy@mail.ru,

27   amankwavictoria11@gmail.com, and dmitriy.chernyay@gmail.com.  In addition to these email

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

addresses, third-party productions obtained by Plaintiffs show that they routinely used others' names, financial accounts, and addresses around the world, including in Ukraine, Poland, Lithuania, Russia, and Canada.

### Notice to Defendants

14.     Plaintiffs effected proper service and notice on Defendant Kiss Library through registered email service as authorized by the Court, and effected proper service and notice on individual Defendants Besshapochny and Vynnychenko in Ukraine in accordance with local law and the Hauge Convention. *See* Dkt. 34 at 2-3.

15.     On October 19, 2021, Plaintiffs also sent the Clerk's Notice of Default through registered mail to Defendants' following addresses in Ukraine, which were established as Defendants' proper service addresses during confirmation of service proceedings in accordance with Ukrainian law and the Hague Convention.

| **Rodion Vynnychenko** | **Artem Besshapochny** |
|---|---|
| 13 Demiivska Str., Apartment 83 | 70 Teatralna Str., Apartment 6 |
| Kyiv, Ukraine 03039 | Kharkiv, Ukraine 63011 |

16.     Despite having been properly served and otherwise demonstrating awareness of these proceedings, *see* Dkt. 19, Defendants have not answered or appeared to defend the claims against them.


I declare under penalty of perjury that the foregoing is true and correct.

Executed at Seattle, Washington, this 8th day of November, 2021.


By:  s/ *John A. Goldmark*
John A. Goldmark

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax