UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON CONTENT SERVICES LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KISS LIBRARY, et al., <br><br> Defendants. | CASE NO. C20-1048 MJP <br><br> ORDER REGARDING JUDGMENT AND FUNDS IN COURT'S REGISTRY |

The Court issues this Order <u>sua sponte</u> with regard to its Order Granting Plaintiffs' Motion for Default Judgment. (Dkt. No. 41.)

First, although the Court's Order directed the Clerk to disburse the funds held in the Court's Registry that had been deposited to secure the preliminary injunction issued by the Court, the Court's Order did not track fully the language of Local Rule 67(b) and the funds have not yet been disbursed. The Court therefore issues this order authorizing and directing the Clerk to draw a check on the funds deposited in the Registry of this Court in the principal amount of $10,000.00 plus all accrued interest, minus any statutory users' fees, payable to the Davis Wright

ORDER REGARDING JUDGMENT AND FUNDS IN COURT'S REGISTRY - 1

Tremaine LLP and mail or deliver the check to Davis Wright Tremaine LLP at 920 5th Avenue Suite 3300, Seattle, WA 98104-1610.

Second, consistent with Rule 58(a), the Court directs the Clerk to enter a separate judgment on the terms set forth in the Court's Order Granting Plaintiffs' Motion for Default Judgment. (Dkt. No. 41.)

The clerk is ordered to provide copies of this order to all counsel.

Dated February 8, 2022.

Marsha J. Pechman
United States Senior District Judge